

FILED
IN OPEN COURT

MAY 21 2010

CLERK. U.S. DISTRICT COURT
NORFOLK. VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:10cr 92 |
|---|---|---|
| | ) | |
| v. | ) | 18 U.S.C. § 111(a)(1) |
| | ) | Assaulting, resisting and impeding officers |
| ANDREW MARVIN WARREN, | ) | (Count 1) |
| | ) | |
| Defendant. | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | Possession of firearm during and in |
| | ) | relation to a crime of violence |
| | ) | (Count 2) |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(3) |
| | ) | Possession of firearm by unlawful |
| | ) | user of controlled substance |
| | ) | (Count 3) |
| | ) | |
| | ) | 18 U.S.C. § 924(d) |
| | ) | Forfeiture Allegation |

## INDICTMENT

May Term - At Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

**Count One**

On or about April 26, 2010, in Norfolk, Virginia, within the Eastern District of Virginia, defendant ANDREW MARVIN WARREN knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with GS, a Deputy United States Marshal, and SB, JC, GS and JS, Special Agents with the Department of State Diplomatic Security Service, and engage in acts involving physical contact, while GS, SB, JC, GS and JS were engaged in, and on account of the performance of, their official duties.

(In violation of Title 18, United States Code, Section 111(a)(1).)

## Count Two

On or about April 26, 2010, in Norfolk, Virginia, within the Eastern District of Virginia, defendant ANDREW MARVIN WARREN did knowingly possess a Glock Model 19, 9mm semi-automatic pistol in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, to forcibly assault, resist, oppose, impede, intimidate, and interfere with federal law enforcement officers engaged in the official duties, in violation of Title 21, United States Code, Section 111(a)(1), as charged in Count One of this Indictment.

(In violation of Title 18, United States Code, Section 924(c)(1)(A).)

## Count Three

On or about April 26, 2010, in Norfolk, Virginia, within the Eastern District of Virginia, defendant ANDREW MARVIN WARREN, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting interstate and foreign commerce, a firearm, to wit: a Glock Model 19, 9mm semi-automatic pistol, said firearm having been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).)

## Forfeiture Allegation

Under Rule 32.2(a) of the Fed. R. Crim. P., defendant ANDREW MARVIN WARREN, if convicted of Counts Two or Three charged in this Indictment, shall forfeit his interest in any firearm or ammunition involved in or used in a willful violation of 18 U.S.C. §§ 922(g)(3) or 924(c)(1).

(In violation of Title 18 United States Code, Section 924(d).)

*United States v. Andrew Marvin Warren*
Criminal No. 2:10cr 92

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

A TRUE BILL:

REDACTED COPY

_____
FOREPERSON

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: _____
Stephen W. Haynie
Assistant United States Attorney
Virginia State Bar No. 30721
U.S. Attorney's Office
101 W. Main Street, Ste. 8000
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-3205
E-Mail Address - steve.haynie@usdoj.gov