# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO

ACTING CLERK OF COURT

ALEXANDRIA
NEWPORT NEWS
NORFOLK

May 28, 2010

Angela D. Caesar, Clerk of Court
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: United States of America v Andrew Warren, Case Number 2:10cr92

Dear Madam Clerk,

Pursuant to the provisions of Rule 20 of the Federal Rules of Criminal Procedure, I am forwarding to you herewith a certified copy of the Consent to Transfer of Case for Plea and Sentence and docket sheet.

The documents from our case file can be accessed on our website, https//ecf.vaed.uscourts.gov.

A copy of this letter is enclosed for your convenience in acknowledging receipt.

Very truly yours,

FERNANDO GALINDO, CLERK

By: _____
Deputy Clerk

RECEIVED BY: _____

DATE: _____