# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO

ACTING CLERK OF COURT

ALEXANDRIA
NEWPORT NEWS
NORFOLK

May 28, 2010

**RECEIVED**

**JUN - 8 2010**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Angela D. Caesar, Clerk of Court
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: United States of America v Andrew Warren, Case Number 2:10cr92

Dear Madam Clerk,

Pursuant to the provisions of Rule 20 of the Federal Rules of Criminal Procedure, I am forwarding to you herewith a certified copy of the Consent to Transfer of Case for Plea and Sentence and docket sheet.

The documents from our case file can be accessed on our website, https//ecf.vaed.uscourts.gov.

A copy of this letter is enclosed for your convenience in acknowledging receipt.

Very truly yours,

FERNANDO GALINDO, CLERK

By: _____
Deputy Clerk

RECEIVED BY: Anjanie Desai
DATE: 4/08/10