AO 442 (Rev. 01/09) Arrest Warrant

FID# 1717826

# UNITED STATES DISTRICT COURT

ATF

for the

Eastern District of Virginia

ORIGINAL

United States of America
v.
ANDREW MARVIN WARREN

)
)
)    Case No.   2:10CR92
)
)
)

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ANDREW MARVIN WARREN,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

T.18:111(a)(1) - Assaulting, resisting and impeding officers (Count 1, et al.)

Date:  05/21/2010

_____, Deputy Clerk
*Issuing officer's signature*

City and state:  Norfolk, VA

Tommy E. Miller, U.S. Magistrate Judge
*Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* _____ FILED and the person was arrested on *(date)* _____ at *(city and state)* _____ OCT - 7 2011 |
| Date: _____ CLERK US DISTRICT COURT NORFOLK VA |

_____
*Arresting officer's signature*

_____
*Printed name and title*

Warrant returned upon transfer District of Columbia